UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                      CASE NO: 2:13-cr-129-FtM-38CM

WILLIAM CARDONA-CASTILLO
_____

**ORDER**

On September 23, 2013, the Court heard arguments from the Parties regarding why it should entertain Defendant's Motion to Suppress (Doc. #73). As a result of developments prior to the hearing, the Motion to Suppress hearing was continued to a later date. However, based upon the Court's research, it appears that there is controlling Eleventh Circuit precedent addressing the issues raised by the Motion which neither party brought to the Court's attention. Therefore, the Court requires supplemental briefs from both Parties in light of the Eleventh Circuit Court of Appeals Case U.S. v. Farias-Gonzalez, 556 F.3d 1181 (2009), within seven days of this Order.

Accordingly, it is now

**ORDERED:**

The Parties are required to file supplemental briefs in light of the Eleventh Circuit case U.S. v. Farias-Gonzalez, 556 F.3d 1181 (2009), within **SEVEN DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this September 24, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record