UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-129-FtM-38CM

WILLIAM CARDONA-CASTILLO

## ORDER[1]

This matter comes before the Court on Defendant's Motion for Costs Pertaining to Issuance of Subpoenas for Motion to Suppress (Doc. #87) filed on October 16, 2014. Counsel for the Defendant moves the Court for an order authorizing the issuance of subpoenas for Defendant's witnesses in the Motion to Suppress hearing and to authorize the U.S. Marshal Service to serve the subpoenas issued.  As grounds, Counsel indicates the Defendant has been declared indigent and is unable to pay the costs and fees associated with service. (Doc. #87). The Court has previously entered an order approving the payment of costs pursuant to the Criminal Justice Act.  Therefore, having considered the Motion, the Court finds good cause and will grant the relief requested.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendant's Motion for Costs Pertaining to Issuance of Subpoenas for Motion to Suppress ([Doc. #87](#)) is **GRANTED**.  The Clerk is directed to issue the following subpoenas and forward to the U.S. Marshals to effect service for trial:

Nicholas Duncan – Deputy Sheriff, Lee County Sheriff's Office;

Anita Iriarte – Deputy Sheriff, Lee County Sheriff's Office;

Adam Herndon – Deputy Sheriff, Lee County Sheriff's Office;

Robert Elwell – Deputy Sheriff, Lee County Sheriff's Office.

**DONE AND ORDERED** at Fort Myers, Florida, this October 17, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record